Kimberly Griggs
_____
Petitioner

_____
Respondent(s)

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

FILED
2008 MAR 14 PM 12: 59
CLERK US DC
SOUTHERN DISTRICT

'08 CV 0477 JAH NLS

I, Kimberly Griggs W# 88708, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. N/A  $28 — Month  Feb 28, 2007

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d. Gifts or inheritances?  ☐ Yes  ☒ No
   e. Any other sources?  ☒ Yes  ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: STATE ASSIGNED JOB FROM 7-2006 to 2-2007  $28.00 MONTH

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

CV-69 (04/05)  Page 9 of 10

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  10-2-2007
             ―――――――
               Date                              _____
                                                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0_____ on account to his credit at the __CALIFORNIA INSTITUTION FOR WOMEN_____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __N/A_____

_____

__10-2-07_____            _____
    Date                              Authorized Officer of Institution/Title of Officer