To the U.S. District Court

RE: People v. Griggs p047418
Superior Court No. SCS193583

FILED
2008 MAR 14 PM 2:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
'08 CV 0477 JAH NLS
BY _____ DEPUTY

CASE # CV07-6659 CJC (JCR)

This is to Inform the court of New Address: Jan 17, 2008

Kimberly Griggs W88708
CCWF, 506-11-1 LOW
PO Box 1508
Chowchilla, CA 93610-1508

Notice also sent on Jan 3, 2008
To: Southern Division
411 West Fourth Street Ste 1053
Santa Ana CA 92701-4516