# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LORRAINE GRIGGS,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES E. TILTON, Secretary,<br><br>　　　　　　　　　　　Respondent.[1] | Civil No.   08cv0477-JAH (NLS)<br><br>**ORDER GRANTING APPLICATION**<br>**TO PROCEED IN FORMA PAUPERIS** |

Petitioner, a state prisoner proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner has no funds on account at the California correctional institution in which she is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security.

**IT IS SO ORDERED.**

DATED: March 19, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　United States District Judge

---

[1] Based on the notice of change of address filed by Petitioner which indicates that she has been transferred since filing the Petition, the Court sua sponte substitutes James E. Tilton, the Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of Dawn Davison, the Warden of the institution where Petitioner was previously confined.