1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA, State Bar No. 186751
   Supervising Deputy Attorney General
5   110 West A Street, Suite 1100
    San Diego, CA 92101
6   P.O. Box 85266
    San Diego, CA 92186-5266
7   Telephone: (619) 645-2198
    Fax: (619) 645-2191
8   Email: Kevin.Vienna@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| 14 | **KIMBERLY LORRAINE GRIGGS,** | 08cv0477-JAH (NLS) |
|----|---|---|
| 15 | Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME TO** |
| 16 | v. | **FILE ANSWER** |
| 17 | **JAMES E. TILTON, Secretary,** | [No Hearing Required] |
| 18 | Respondent. | Judge: The Honorable Nita L. Stormes |

19

20         Kevin R. Vienna declares:

21         I am the Deputy Attorney General assigned to prepare response in this matter. An answer

22  is due on May 19, 2008. I respectfully request that this Court grant an enlargement of time of

23  approximately one month, to June 19, 2008, for the reasons set forth below.

24         I normally work on cases in approximately the order in which courts have ordered a

25  response. I have one ahead of the instant Griggs case, which I expect to complete in the next three

26  days.

27         Accordingly, I request this extension of time in which to file our answer.

28  ///

Case No. 08cv0477-JAH (NLS)

**A. Background**

Petitioner Griggs is serving a six-year sentence following conviction for the crime of burglary. (Pet. at 2-4.) She challenged the conviction in a direct appeal contending, inter alia, that the trial court erred in imposing the upper term for her sentence based on factors that were not found by a jury. The judgment became final in early 2007. She has also filed habeas corpus petitions in the state courts challenging the imposition of the upper term.

It appears to me that the Petition is timely and the claim raised is exhausted, so I expect to file an answer on the merits. I have obtained our file from the direct appeal, so I have what I believe to be the necessary records to address the claim, although I am still awaiting some state collateral records.

**B. Counsel's status**

In about the last month, I have completed assignments in the following cases:

| | |
|---|---|
| *Sheppherd v. Marshall* | EDCV 08-140 AHM (PLA) |
| *Cortina v. Hedgepeth* | SACV 07-1451-JVS (FMO) |
| *Mageo v. Scribner* | EDCV 08-254 DSF (FFM) |
| *Steward v. Sullivan* | 08cv0324-W (CAB) |
| *Baugh v. Yates* | No. 07-55389 |
| *People v. Riggs* | S043187 |
| *Morgan v. Tilton* | 07cv0284 |
| *Garcia v. Yates* | 07-0048 (DMS) LSP |

I typically work on cases in the order in which they are assigned to me. I have one previously assigned case to complete before I can turn to our answer in *Griggs*, that is the Ninth Circuit appeal in *Hite v. Evans*, No. 07-56078. In addition, in the last month, I was assigned to handle the argument in *People v. Riggs*, a death penalty case heard by the California Supreme Court on May 7, 2008. The deputy who has done all the briefing in that case is out of the office, unexpectedly, because of a family leave matter.

///

///

1    I expect to turn to *Griggs* toward the middle or end of this week. I expect my briefing will take only a day or two, but additional time will be required for document production and duplication.

    Additionally, I am on this office's habeas corpus team. That means my work is routinely interrupted by questions from other deputies regarding federal habeas corpus matters.

    Granting of an enlargement of time will permit the response to be prepared without impairing quality and will afford adequate time to obtain and copy necessary records, for review and processing in this office, and for filing in this Court. Should this extension be granted, I will seek to complete the briefing based on the schedule described above, and I will not place this matter at any lower priority. All extension requests and progress are monitored by the senior assistant attorney general in charge of this office.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Dated: May 19, 2008

                    Respectfully submitted,

                    EDMUND G. BROWN JR.
                    Attorney General of the State of California

                    DANE R. GILLETTE
                    Chief Assistant Attorney General

                    GARY W. SCHONS
                    Senior Assistant Attorney General


                    s/Kevin Vienna


                    KEVIN VIENNA
                    Supervising Deputy Attorney General
                    Attorneys for Respondent

KV:jge
80240697.wpd
SD2008700236

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   Griggs v. Tilton                    No.:   08cv0477-JAH (NLS)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 19, 2008</u>, I served the following documents:
**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER**
by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Kimberly Lorraine Griggs, CDC # W88708
California Institution for Women
16756 Chino-Corona Road
Corona, CA 92880
In Pro Per

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

**NONE**

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Kimberly Lorraine Griggs, CDC # W88708
Central California Women's Facility
P.O. Box 1508
Chowchilla, CA 93610-1501
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2008, at San Diego, California.

Julie Evans
Declarant

/s/ Julie Evans
Signature

SD2008700236
80240719.wpd