# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LORRAINE GRIGGS, | Civil No.08cv477 JAH (NLS) |
| Petitioner, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |
| v. | |
| DAWN S. DAVISON, Warden; JAMES E. TILTON, Secretary, | [Doc. No. 7] |
| Respondents. | |

Respondents filed an ex parte application to enlarge the time to respond to Petitioner's habeas petition. An answer to the petition is due May 19, 2008. Respondents request an enlargement of time of 30 days to file either a motion to dismiss or an answer.

For good cause shown to extend the briefing schedule, including the already-passed deadline to file a motion to dismiss, the Court **GRANTS** Respondent's application. The Court **ORDERS**:

1. Respondents shall file either a motion to dismiss or an answer by ***June 19, 2008***.
2. Petitioner shall file either an opposition to a motion to dismiss, or a traverse to an answer, by ***July 18, 2008***.
3. Any further request to enlarge Respondents' time to respond must be accompanied by a declaration by a supervising Deputy Attorney General stating that, once again, due to workload, the extension is necessary.

/ / /

/ / /

1  4. All other terms and conditions of the Court's scheduling order filed March 20, 2008
2  [Doc. No. 6] remain in full force and effect.
3  **IT IS SO ORDERED.**
4  DATED: May 19, 2008

                            Hon. Nita L. Stormes
                            U.S. Magistrate Judge