NUNC PRO TUNC
MAY 29 2008
Case 3:08-cv-00477-JAH-NLS   Document 10   Filed 06/02/2008   Page 1 of 13

FILED
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# MOTION TO VACATE

1.
2. KIMBERLY LORRAINE GRIGGS           Civil No. 08CV0477
3.           Petitioner                JAH (NLS)
4. V.
5.                                     ORDER
                                       GRANTING Application
6. JAMES E. TILTON, SECRETARY          for ENLARGEMENT OF
7.           Respondent                Time to File Answer.
8.
9. I Am Petitioner In THE ABOVE MATTER, And
10. AS Petitioner I contend THAT THE
11. ATTORNEY FOR THE RESPONDENT,
12. KEVIN VIENNA, SUPERVISING DEPUTY
13. ATTORNEY GENERAL. Did NOT ACT in
14. A TIMELY MANNER in THE REQUESTING
15. OF Application for Enlargement of time
16. TO FILE ANSWER, AS Previously ORDERED
17. on MARCH 20, 2008 BY THE HONORABLE
18. NITA L. STORMES. In ORDER
19. (REQUIRING RESPONSE TO PETITION)
20. (28 U.S.C. §2254) PAGE 3, LINE 4, Paragraph
21. 7.
22. I ALSO contend THAT ATTORNEY for
23. RESPONDENT ASKED For ENLARGEMENT
24. OF TIME. on DUE DATE MAY 19, 2008.
25. In ORDER
26. (REQUIRING RESPONSE TO PETITION)
27. REFERENCE PAGE 2. LINES 14 thru 21 PARAGRAPH
28. 5. oR INSTEAD OF ADVANCE OF DUE DATE.

29. THEREFORE PETITIONER CONTENDS
30. THAT THE RESPONDENT, AND ATTORNEY'S
31. for THE RESPONDENT HAVE no
32. further claim OR RIGHTS TO
33. ANSWER PETITIONERS
34. (WRIT OF habeas corpus).
35.
36. THEREfore in THE ABOVE MATTER,
37. PETITIONER PRAY'S, THAT IN THE
38. INTREST OF FAIRNESS And JUSTICE,
39. PETITIONER BE RELEASED
40. IMMEDIATLY from UNJUST
41. CONFINEMENT.
42.
43.
44. DATED: May 23, 2008
45.
46. Kimberly Lorraine Griggs
47. W88708
48. P O BOX 1508
49. Chowchilla Ca 93610-1508
50. In Pro PER

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LORRAINE GRIGGS,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>JAMES E. TILTON, Secretary,<br><br>　　　　　　　　　　Respondent. | Civil No.   08cv0477-JAH (NLS)<br><br>**ORDER REQUIRING RESPONSE TO PETITION (28 U.S.C. § 2254)** |

　　　　Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the rules governing petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and upon a preliminary review of the Petition, **IT IS ORDERED** that:

　　　　1. The Clerk of this Court shall promptly (a) serve a copy of the Petition and a copy of this Order on the Attorney General for the State of California, or his authorized agent; and (b) serve a copy of this Order on Petitioner.

　　　　2. If Respondent contends the Petition can be decided without the Court's reaching the merits of Petitioner's claims (e.g., because Respondent contends Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, or that the Petition is barred by the statute of limitations, or that the Petition is subject to dismissal under Rule 9 of the Rules Governing § 2254 Cases, or that all of the claims are procedurally defaulted, or that Petitioner

-1-

08cv0477

1 is not in custody), Respondent shall file a motion to dismiss pursuant to Rule 4 of the Rules
2 Governing § 2254 Cases no later than **May 5, 2008**. The motion to dismiss shall not address the
3 merits of Petitioner's claims, but rather shall address <u>all</u> grounds upon which Respondent
4 contends dismissal without reaching the merits of Petitioner's claims is warranted.[1] At the time
5 the motion to dismiss is filed, Respondent shall lodge with the Court all records bearing on
6 Respondent's contention in this regard. A hearing date is <u>not</u> required for the motion to dismiss.

7     3. If Respondent files a motion to dismiss, Petitioner shall file his opposition, if any, to
8 the motion no later than **May 27, 2008**. At the time the opposition is filed, Petitioner shall lodge
9 with the Court any records not lodged by Respondent which Petitioner believes may be relevant
10 to the Court's determination of the motion.

11     4. Unless the Court orders otherwise, Respondent shall not file a reply to Petitioner's
12 opposition to a motion to dismiss. If the motion is denied, the Court will afford Respondent
13 adequate time to respond to Petitioner's claims on the merits.

14     5. If Respondent does not contend that the Petition can be decided without the Court
15 reaching the merits of Petitioner's claims, Respondent shall file and serve an answer to the
16 Petition, <u>and a memorandum of points and authorities in support of such answer</u>, pursuant to
17 Rule 5 of the Rules Governing § 2254 Cases no later than **May 19, 2008**. At the time the answer
18 is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's
19 claims. The lodgments shall be accompanied by a notice of lodgment which shall be captioned
20 "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's**
21 **Office.**" Respondent shall not combine separate pleadings, orders or other items into a
22 combined lodgment entry. Each item shall be numbered separately and sequentially.

23     6. Petitioner may file a traverse to matters raised in the answer no later than **June 19,**
24 **2008**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each
25 allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive
26 to matters raised in the answer; and (c) shall not raise new grounds for relief that were not

---

[1] If Respondent contends Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, the motion to dismiss shall also specify the state remedies still available to Petitioner.

1  asserted in the Petition. Grounds for relief withheld until the traverse will not be considered.
2  No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause
3  shown.
4      7. A request by a party for an extension of time within which to file any of the pleadings
5  required by this Order should be made in advance of the due date of the pleading, and the Court
6  will grant such a request only upon a showing of good cause. Any such request shall be
7  accompanied by a declaration under penalty of perjury explaining why an extension of time is
8  necessary.
9      8. Unless otherwise ordered by the Court, this case shall be deemed submitted on the day
10 following the date Petitioner's opposition to a motion to dismiss and/or his traverse is due.
11     9. Every document delivered to the Court must include a certificate of service attesting
12 that a copy of such document was served on opposing counsel (or on the opposing party, if such
13 party is not represented by counsel). Any document delivered to the Court without a certificate
14 of service will be returned to the submitting party and will be disregarded by the Court.
15     10. Petitioner shall immediately notify the Court and counsel for Respondent of any
16 change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner
17 may be contacted, this action will be subject to dismissal for failure to prosecute.
18  **IT IS SO ORDERED.**
19 DATED: March 20, 2008

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge

24 Copies to: ALL PARTIES

# EXHIBIT B

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA, State Bar No. 186751
   Supervising Deputy Attorney General
5    110 West A Street, Suite 1100
     San Diego, CA 92101
6    P.O. Box 85266
     San Diego, CA 92186-5266
7    Telephone: (619) 645-2198
     Fax: (619) 645-2191
8    Email: Kevin.Vienna@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| KIMBERLY LORRAINE GRIGGS, | 08cv0477-JAH (NLS) |
|---|---|
| Petitioner, | APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER |
| v. | |
| JAMES E. TILTON, Secretary, | [No Hearing Required] |
| Respondent. | Judge: The Honorable Nita L. Stormes |

20      Kevin R. Vienna declares:

21      I am the Deputy Attorney General assigned to prepare response in this matter. An answer
22  is due on May 19, 2008. I respectfully request that this Court grant an enlargement of time of
23  approximately one month, to June 19, 2008, for the reasons set forth below.

24      I normally work on cases in approximately the order in which courts have ordered a
25  response. I have one ahead of the instant Griggs case, which I expect to complete in the next three
26  days.

27      Accordingly, I request this extension of time in which to file our answer.
28  ///

Case No. 08cv0477-JAH (NLS)

1

### A. Background

Petitioner Griggs is serving a six-year sentence following conviction for the crime of burglary. (Pet. at 2-4.) She challenged the conviction in a direct appeal contending, inter alia, that the trial court erred in imposing the upper term for her sentence based on factors that were not found by a jury. The judgment became final in early 2007. She has also filed habeas corpus petitions in the state courts challenging the imposition of the upper term.

It appears to me that the Petition is timely and the claim raised is exhausted, so I expect to file an answer on the merits. I have obtained our file from the direct appeal, so I have what I believe to be the necessary records to address the claim, although I am still awaiting some state collateral records.

### B. Counsel's status

In about the last month, I have completed assignments in the following cases:

| Case | Number |
|---|---|
| *Sheppherd v. Marshall* | EDCV 08-140 AHM (PLA) |
| *Cortina v. Hedgepeth* | SACV 07-1451-JVS (FMO) |
| *Mageo v. Scribner* | EDCV 08-254 DSF (FFM) |
| *Steward v. Sullivan* | 08cv0324-W (CAB) |
| *Baugh v. Yates* | No. 07-55389 |
| *People v. Riggs* | S043187 |
| *Morgan v. Tilton* | 07cv0284 |
| *Garcia v. Yates* | 07-0048 (DMS) LSP |

I typically work on cases in the order in which they are assigned to me. I have one previously assigned case to complete before I can turn to our answer in *Griggs*, that is the Ninth Circuit appeal in *Hite v. Evans*, No. 07-56078. In addition, in the last month, I was assigned to handle the argument in *People v. Riggs*, a death penalty case heard by the California Supreme Court on May 7, 2008. The deputy who has done all the briefing in that case is out of the office, unexpectedly, because of a family leave matter.

///

///

1   I expect to turn to *Griggs* toward the middle or end of this week. I expect my briefing
2   will take only a day or two, but additional time will be required for document production and
3   duplication.

4   Additionally, I am on this office's habeas corpus team. That means my work is routinely
5   interrupted by questions from other deputies regarding federal habeas corpus matters.

6   Granting of an enlargement of time will permit the response to be prepared without
7   impairing quality and will afford adequate time to obtain and copy necessary records, for review and
8   processing in this office, and for filing in this Court. Should this extension be granted, I will seek
9   to complete the briefing based on the schedule described above, and I will not place this matter at
10  any lower priority. All extension requests and progress are monitored by the senior assistant
11  attorney general in charge of this office.

12  I declare under penalty of perjury under the laws of the United States of America that the
13  foregoing is true and correct.

14  Dated: May 19, 2008

15  Respectfully submitted,

16  EDMUND G. BROWN JR.
    Attorney General of the State of California

17  DANE R. GILLETTE
    Chief Assistant Attorney General
18
    GARY W. SCHONS
19  Senior Assistant Attorney General

20

21  s/Kevin Vienna

22  KEVIN VIENNA
    Supervising Deputy Attorney General
23  Attorneys for Respondent

25  KV:jge
    80240697.wpd
26  SD2008700236

Case No. 08cv0477-JAH (NLS)

# EXHIBIT



IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY LORRAINE GRIGGS,** | 08cv0477-JAH (NLS) |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **JAMES E. TILTON, Secretary,** | |
| Respondent. | |

The Court, having read and considered Respondent's Application for Enlargement of Time to File Answer, and good cause appearing;

IT IS HEREBY ORDERED that Respondent file a Motion to Dismiss or Answer to the Petition on or before June 19, 2008.

Dated: _____

The Honorable Nita L. Stormes
United States Magistrate Judge

ORDER

Case No. 08cv0477-JAH (NLS)

1

**PROOF OF SERVICE**

I hereby declare that I am over 18 years of age, a resident in the state of California and a party/not a party to the within cause of action. That on this date, I did cause a true and correct copy of the _MOTION TO VACATE_ to be served on the parties to the action by (check appropriate boxes):

☐ depositing same in the U.S. Mail With first class postage prepaid and addressed as follows below:

☐ Kevin Vienna
Supervising Deputy AG
110 West A Street ST 1100
San Diego CA 92101

☐ Southern District of California
San Diego
880 Front Street Rm 4290
San Diego CA 92101-8900

**VERIFICATION**

I have read the above statements and do declare upon penalty of perjury that these statements are true and correct as based upon my information and belief.

Executed on this _24th_ day of _May_, 20_08_ at _Chowchilla_, California, pursuant to provisions of code of Civil Procedures §§446 and 2015.5.

_[signature]_
DECLARANT