# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LORRAINE GRIGGS,<br><br>Petitioner,<br>v.<br><br>DAWN S. DAVISON, Warden; JAMES E. TILTON, Secretary,<br><br>Respondents. | Civil No.08cv477 JAH (NLS)<br><br>**ORDER DENYING MOTION TO VACATE**<br><br>[Doc. No. 10] |

Before the Court is Petitioner's motion to vacate the order granting Respondents' application for an enlargement of time to respond to the Petition. On the date their response was due, Respondents filed a motion to extend the time in which to respond to the Petition. This Court found good cause to grant that application. The Court construes this motion to vacate as a motion for reconsideration of that order.

Petitioner offers no valid reason–and the Court finds no reason under Federal Rule of Civil Procedure 60(b)–for the Court to reconsider its order. Therefore, Petitioner's motion to vacate the order is **DENIED**. The Court also **DENIES** Petitioner's request to grant her habeas petition based on Respondents' request for an extension of time.

**IT IS SO ORDERED.**

DATED: June 12, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge