EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KYLE NIKI SHAFFER
Deputy Attorney General
KEVIN VIENNA, State Bar No. 186751
Supervising Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2198
 Fax: (619) 645-2191
 Email: Kevin.Vienna@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY LORRAINE GRIGGS,** | 08cv0477-JAH (NLS) |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | The Honorable Nita L. Stormes |
| **JAMES E. TILTON, Secretary,** | |
| Respondent. | |

Pursuant to this Court's Order, Respondent respectfully submits the instant Answer to the Petition for Writ of Habeas Corpus in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court.

Respondent denies all allegations contained in the Petition that Petitioner's custody is unlawful and makes the following assertions:

**I.**

Petitioner Kimberly Griggs is currently in Respondent's lawful custody, serving a prison term of six years following her conviction for burglary. She challenges her sentence, contending

1 | that her upper-term was based on facts found only by the trial judge, in violation of a right to jury
2 | fact finding.

**II.**

4 | The claim is exhausted, because it was presented to the California Supreme Court in a petition for review. The claim is timely filed and is not procedurally defaulted.

**III.**

The claim in the Petition is subject to the deferential evaluation set forth in 28 U.S.C. § 2254(d). In ground one, must be denied under this standard because the right to jury fact finding on which Griggs relies does not apply to prior convictions, on which her upper term was based.

**IV.**

Relevant state court records will be lodged contemporaneously with this Answer, under a separate Notice of Lodgment.

**V.**

Griggs is not entitled to an evidentiary hearing to resolve her claims. 28 U.S.C. § 2254(e)(2).

**VI.**

The relevant facts and procedural history set forth in the accompanying Memorandum of Points and Authorities are incorporated herein by this reference. Except as expressly admitted herein or in the Memorandum of Points and Authorities, Respondent denies that Petitioner's custody is in any way improper, that any condition of Petitioner's custody is illegal, or that any of her constitutional rights has been or is being violated in any way.

///
///
///

1     WHEREFORE, for the reasons set forth in this Answer, the Memorandum of Points and Authorities filed in support of this Answer and incorporated herein by this reference, and for such other and further good cause as the Court may find, this Court should deny the Petition, deny all other relief, and deny any request for a certificate of appealability.

Dated: June 12, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KYLE NIKI SHAFFER
Deputy Attorney General


  s/Kevin Vienna
KEVIN VIENNA
Supervising Deputy Attorney General
Attorneys for Respondent

80248273.wpd
SD2008700236

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **Griggs v. Tilton**                                  No.: **08cv0477-JAH (NLS)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 12, 2008, I served the following documents:

> **(1) ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER; and (3) NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE TO BE SENT TO CLERK'S OFFICE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Kimberly Lorraine Griggs
CDC # W88708
Central California Women's Facility
P.O. Box 1508
Chowchilla, CA 93610-1501

*In Pro Per*

## Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None

## Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing): **Kimberly Lorraine Griggs** at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 12, 2008, at San Diego, California.

                Bonnie Peak                                          *Bonnie Peak*
_____     _____
                Declarant                                                    Signature

SD2008700236
80249467.wpd