EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KYLE NIKI SHAFFER
Deputy Attorney General
KEVIN VIENNA, State Bar No. 186751
Supervising Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2198
 Fax: (619) 645-2191
 Email: Kevin.Vienna@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY LORRAINE GRIGGS,**<br><br>                         Petitioner,<br><br>     **v.**<br><br>**JAMES E. TILTON, Secretary,**<br><br>                         Respondent. | 08cv0477-JAH (NLS)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE**<br><br>*To Be Sent To Clerk's Office*<br><br>The Honorable Nita L. Stormes |

    Respondent hereby lodges with the Court:

    1.    Clerk's Transcript, case number SCS193583;

    2.    Reporter's Transcript, case number SCS193583 (two volumes);

    3.    Appellant's Opening Brief, case number D047418;

    4.    Respondent's Brief, case number D047418;

    5.    Appellant's Reply Brief, case number D047418;

    6.    Opinion, California Court of Appeal, case number D047418;

    7.    Petition for Review;

1      8.    Order Denying Review, case number S146543;

2      9.    Order Denying Petition for Writ of Habeas Corpus, case number HSC 10922.

3      Dated: June 12, 2008

4                Respectfully submitted,

5                EDMUND G. BROWN JR.
Attorney General of the State of California

6                DANE R. GILLETTE
Chief Assistant Attorney General

7                GARY W. SCHONS
Senior Assistant Attorney General

8

9                KYLE NIKI SHAFFER
Deputy Attorney General

10

11

12                  s/Kevin Vienna
KEVIN VIENNA
Supervising Deputy Attorney General

13                Attorneys for Respondent

14

15    80249084.wpd
SD2008700236

08cv0477

2